```
                                                              FILED
                                                           MAY 25 2005

           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION                         CLERK
                                                        U. S. DISTRICT COURT
                                                        MIDDLE DIST. OF ALA.
```

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. __2:05CR139-A__ |
| | ) | [21 USC 841(a)(1); |
| v. | ) | 18 USC 924(c)] |
| | ) | |
| CORY JERMICHAEL REED | ) | **INDICTMENT** |

**The Grand Jury charges:**

## COUNT 1

On or about the 28th day of April, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

**CORY JERMICHAEL REED,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectible amount of cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about the 28th day of April, 2005, in Montgomery County, within the Middle District of Alabama, the defendant,

**CORY JERMICHAEL REED,**

knowingly used and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime, namely, possession with intent to distribute a mixture and substance containing a detectible amount of cocaine hydrochloride, as alleged in Count 1 above, which allegations the Grand Jury reallege and incorporate by reference herein, for which the defendant may be prosecuted in a court of the United States, in violation of Title 18, United States

Code, Section 924(c).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Todd A. Brown
Assistant United States Attorney

2