IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-139-A |
| | ) | |
| CORY JERMICHAEL REED | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

\_\_\_\_\_    Crime of violence (18 U.S.C. 3156)

\_\_\_\_\_    Maximum sentence of life imprisonment or death

\_\_X\_\_    10 + year drug offense

\_\_\_\_\_    Felony, with two prior convictions in the above categories

\_\_X\_\_    Serious risk the defendant will flee

\_\_X\_\_    Serious risk of obstruction of justice

2.    Reason For Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X___    Defendant's appearance as required

__X___    Safety of any other person and the community

3.    Rebuttable Presumption

The United States invokes the rebuttable presumption against defendant under Section 3142(e).

4.    Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

_____    At the initial appearance

___X__    After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this 27th day of May, 2005.

                              LEURA GARRETT CANARY
                              United States Attorney

                              /s/ Todd A. Brown
                              TODD A. BROWN
                              Assistant United States Attorney
                              Post Office Box 197
                              Montgomery, AL 36101-0197
                              334.223.7280
                              334.223.7135 fax
                              todd.brown@usdoj.gov