IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:05CR139-A |
| | ) |
| CORY JERMICHAEL REED | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of Thomas M. Goggans as counsel for Defendant Cory Jermichael Reed.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Cory Jermichael Reed

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 27th day of May, 2005, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of each to the following: **Leura Garrett Canary, Todd A. Brown.**

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
Cory Jermichael Reed