# COURTROOM DEPUTY'S MINUTES
## MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE  
☐ BOND HEARING  
☐ DETENTION HEARING  
☐ PRELIMINARY (EXAMINATION)(HEARING)  
☐ REMOVAL HEARING (R.40)  
☐ ARRAIGNMENT  

DATE: 5/27/05

DIGITAL Recording: 3:16 - 3:27

PRESIDING MAG. JUDGE: Vanzetta Penn McPherson  DEPUTY CLERK: W. Robinson  
CASE NO. 2:05cr139-A  DEFENDANT NAME: Cory Jermichael Reed  
AUSA: TODD BROWN  DEFT. ATTY: TOMMY GOGGANS  
Type Counsel: (√) Retained; ( ) CJA; ( ) Waived; ( ) FPD  
PTSO: TAMARA MARTIN  USPO: _____  

Defendant ( ) does; (√) does NOT need an interpreter  
Interpreter present (√) NO; ( ) YES  Name:

---

- [√] Date of Arrest 5/27/05  ☐ Arrest Rule 40
- ☐ Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
- ☐ Deft First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☐ Requests appointed Counsel
- ☐ Financial Affidavit executed ☐ *ORAL MOTION FOR APPT OF COUNSEL*
- ☐ *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed*
- ☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed
- [√] Detention Hearing ☐ held; [√] set for 6/1/05 @ 3:00
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
- ☐ ORDER OF DETENTION HEARING PENDING TRIAL to be entered
- ☐ Release order entered. Deft advised of conditions of release
- ☐ ☐ BOND EXECUTED (M/D AL charges) $. Deft released
- ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
- ☐ Bond not executed. Defendant to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury
- ☐ ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for DISCOVERY DISCLOSURE DATE:
- [√] NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ WAIVER of Speedy Trial.  CRIMINAL TERM: