COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
☐ INITIAL APPEARANCE
☐ BOND HEARING
☒ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 6-1-2005

Digital Recording 3:07 to 3:26 pm

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql
CASE NO. 2:05CR139-A               DEFT. NAME: Cory Jermichael REED
AUSA: Brown                        DEFT. ATTY: Tommy Goggans
                                   Type Counsel: (Retained); ( ) Panel CJA; ( ) Waived; ( ) CDO
PTSO: Martin
USPO:
Defendant ____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO ____ YES   Name: _____

☐ Date of Arrest _____ or ☐ Arrest Rule 40
☐ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☐ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
☒ Detention Hearing ☒held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $ _____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☒ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
   DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed