IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO.:  2:05CR139-A |
| ) | |
| CORY JERMICHAEL REED ) | |

### ORDER

For good cause, it is

**ORDERED** that arraignment of the defendant be and is hereby set for **June 8, 2005, at 10:00 a.m.**, in courtroom 4A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the Defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 7th day of June, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE