IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
___Northern___ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05CR139-A |
| ) | |
| CORY REED ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Cory Reed__, defendant in the above styled case, do hereby **waive my rights to a speedy trial** as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

___06-08-05___  ___Cory Reed___
DATE            DEFENDANT

___06-08-05___  ___[signature]___
DATE            ATTORNEY FOR DEFENDANT