COURTROOM DEPUTY'S MINUTES  DATE: 6/8/2005 @ _____ to _____
MIDDLE DISTRICT OF ALABAMA  COURT REPORTER: _____
TAPE NO: _____ @ 12:30 to 12:33 pm

☑ ARRAIGNMENT   ☐ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: **Delores R. Boyd**   DEPUTY CLERK: **S. Q. Long, Jr.**
CASE NUMBER: 2:05CR139-A   DEFENDANT NAME: Cory Jermichael REED
USA: Brown   DEFENDANT ATTY: Tommy Goggans
PTSO: _____   Type Counsel: ( ) Waived; (✓) Retained; ( ) Panel CJA; ( ) CDO
( ) appointed at arraignment;   ( ) standing in for: _____
USPO: _____
Defendant _____ does __✓__ does NOT need an interpreter.
Interpreter present?  __✓__ NO  _____ YES  Name: _____
I.O.C. DATE _____ ; PRETRIAL CONF. DATE: _____
DISCOVERY DISCLOSURE DATE: 6-14-05

---

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

PLEA: ☑ Not Guilty             ☐ Nol Contendere
   ☐ Not Guilty by reason of insanity
   ☐ Guilty as to:
      ☐ Count(s) _____
      ☐ Count(s) _____
         ☐ dismissed on oral motion of USA;
         ☐ to be dismissed at sentencing

☐ Written plea agreement filed.  ☐ ORDERED SEALED.
_____ Days to file pretrial motions.
_____ Trial date or term.

ORDER: Defendant continued under  ☐ same bond;  ☐ summons; for:
   ☐ Trial on _____;  ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
   ☐ Posting a $ _____ bond;
   ☑ Trial on _____; or ☐ Sentencing on _____
Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed.
   ☐ Defendant requests time to secure new counsel.