IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:05cr139-A |
| | ) |
| CORY JERMICHAEL REED | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Comes now Thomas M. Goggans and moves to withdraw as counsel for the defendant, Cory Jermichael Reed. As grounds, Thomas M. Goggans states that the defendant has hired other counsel who has entered a notice of appearance.

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this the 28th day of June, 2005, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of each to the following: **Leura Garrett Canary, Todd A. Brown, Barry E. Teague.**

**s/ Thomas M. Goggans**
Ala. S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com