IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:05-CR-139-A |
| | ) | |
| CORY JERMICHAEL REED | ) | |

**ORDER**

Upon consideration of the *Motion to Withdraw* filed by Thomas M. Goggans, Esq., (Doc. 15, June 28, 2005) and the *Notice of Appearance* filed by Barry E. Teague, Esq., (Doc. 16, June 28, 2005) it is

**ORDERED** that the *Motion* is **GRANTED**. Accordingly, the Clerk is directed to remove Thomas M. Goggans, Esq., as counsel of record, and to designate instead, Barry E. Teague, Esq., as the defendant's counsel of record.

Done this 30th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

FOR

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE