IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HON. MAG. JUDGE: Delores R. Boyd          AT: Montgomery, AL

DATE COMMENCED: 07/06/2005               AT: 11:15 am

DATE COMPLETED: 07/06/2005               AT: 11:31 am

UNITED STATES OF AMERICA         )
                vs               )        2:05cr139-A
CORY JERMICHAEL REED             )

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| ~~Todd Brown~~ Clark / Morris | | Barry Teague |

**COURT OFFICIALS PRESENT**

S. Q. Long, Jr., Clerk

**PROCEEDINGS**

( ) Non-Jury Trial
(X) Other Proceedings          PRE-TRIAL CONFERENCE

11:15 am: Convenes.

Suppression Motion Pending.

11:31 am: Recessed.