IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 JUL 12 A 11: 09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA     *

VS.     *     Case No. 2:05-cr-139-A

CORY REED     *

## MOTION TO CONTINUE

COMES NOW the defendant, by and through his undersigned counsel, and moves this Honorable Court to continue the trial of this case as currently scheduled for August 29, 2005, and as grounds therefor shows as follows:

1. That the defendant timely filed his motion to suppress the search of his automobile, residence and statements made to law enforcement officers.

2. The Court does not have adequate time in which to determine the merits of said motion and to make a timely recommendation to the District Court.

3. Based upon counsel's schedule and the time left for trial preparation, counsel is in need of a continuance in this case. Defendant's counsel is a solo practitioner, and counsel has a very busy court schedule for the months of July and August, 2005.

4. This motion has been discussed with Assistant U.S. Attorney Todd Brown, and he does not oppose this motion.

5. Defendant's affidavit is attached wherein he waives his right to a speedy trial.

WHEREFORE, defendant, Cory Reed, prays this Honorable Court to grant a continuance of the trial herein for the reasons set forth above.

_____
BARRY E. TEAGUE, [TEA003]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

Barry Teague, Esq.
138 Adams Avenue
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500; FAX 834-4501
email: *beteague36@aol.com*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, this date, 12 July, 2005:

**Honorable Todd Brown**
**Assistant U.S. Attorney**
Post Office Box 197
**Montgomery, AL 36101**

_____
BARRY E. TEAGUE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | Case No. 2:05-cr-139-A |
| | * | |
| CORY REED | * | |

## WAIVER OF SPEEDY TRIAL RIGHTS

I am Cory Reed, the defendant in the above styled case. After consulting with my attorney, Barry Teague, Esquire, I am of the opinion that my case should be continued to afford my counsel and me sufficient time to adequately prepare my defense to the allegations contained in the indictment. On June 30, 2005, I filed my motion to suppress the search of my automobile, residence and other statements to law enforcement officers, and it appears the Court does not have adequate time to determine the merits of my motion before the trial date set herein of August 29, 2005.

I am also aware that I am entitled to a speedy trial pursuant to the Sixth Amendment to the United States Constitution and 18 U.S.C. §§ 3161, et seq. I am aware that if a continuance is granted that the case will be continued to a docket in December, 2005. At my arraignment on June 8, 2005, I executed a waive of Speedy Trial (copy attached), and once again I hereby waive my rights as so provided, and state that the ends of justice will best be served by my case being continued and the interest of the public in a speedy trial is outweighed by my need for a

continuance. I fully understand that if my continuance is granted, that any period of delay so caused is excludable for purposes of 18 U.S.C. §§ 3161, et seq.

_____
Cory Reed

_____
BARRY E. TEAGUE, [TEAOO3]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

138 Adams Avenue
Post Office Box 586
Montgomery, AL  36101
(334) 834-4500; FAX 834-4501
email: *beteague36@aol.com*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, this 8th day of July, 2005.

**Hon. Todd A. Brown**
**Assistant U.S. Attorney**
**Post Office Box 197**
**Montgomery, AL  36101**

_____
BARRY E. TEAGUE

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:05CR139-A |
| | ) |
| CORY REED | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Cory Reed_, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and.

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_06-08-05_  _Cory Reed_
DATE     DEFENDANT

_06-08-05_  _[signature]_
DATE     ATTORNEY FOR DEFENDANT