IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-139-A |
| | ) | |
| CORY JERMICHAEL REED | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody CORY JERMICHAEL REED into the custody of Special Agents Tommy Conway, and/or Scott Edwards, Montgomery Police Department, and/or Neill Thompson, DEA/HIDTA, on July 14, 2005, through December 30, 2005, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Special Agents Tommy Conway, Scott Edwards and/or Neill Thompson to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this 13th day of July, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T