IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-139-A |
| | ) | |
| CORY JERMICHAEL REED | ) | |

ORDER

      Upon consideration of the government's motion for release of prisoner filed July 13, 2005, and for good cause, it ORDERED that the motion is GRANTED.

      It is hereby ORDERED that the United States Marshals Service release custody of CORY JERMICHAEL REED to Special Agents Tommy Conway, and/or Scott Edwards, Montgomery Police Department, and/or Neill Thompson, DEA/HIDTA, on July 14, 2005, through December 30, 2005, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

      It is further ORDERED that Special Agents Tommy Conway, Scott Edwards and/or Neill Thompson return said prisoner into the custody of the United States Marshals Service when they have finished with him.

      Done this the _____ day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE