**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

☐ INITIAL APPEARANCE
✓ BOND HEARING
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

DATE: 7/18/05

DIGITAL Recording : 3:17 - 3:27

PRESIDING MAG. JUDGE: DELORES R. BOYD        DEPUTY CLERK: Wanda Robinson
CASE NO.   2: 05cr139-A                     DEFENDANT NAME: Cory Jermichael Reed
AUSA:  Todd Brown                            DEFT. ATTY:   Barry Elvin Teague

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

PTSO:  Tamara Martin         USPO: _____

Defendant (  ) does; ( ✓ ) does NOT need an interpreter

Interpreter present  ( ✓ ) NO; ( ) YES     Name:

---

☐ Date of Arrest or ☐ Arrest Rule 40
☐ Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
☐ Deft First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ *ORAL MOTION FOR APPT OF COUNSEL*
☐ *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed*
☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed
☐ Detention Hearing ☐ held; ☐ set for
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
☐ ORDER OF DETENTION HEARING PENDING TRIAL to be entered
✓ Release order entered. Deft advised of conditions of release
☐ ✓ BOND EXECUTED (M/D AL charges) $. 25,000.00   Deft released
  ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
☐ Bond not executed. Defendant to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury
☐ ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for
        DISCOVERY DISCLOSURE DATE:
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ WAIVER of Speedy Trial. CRIMINAL TERM: