IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:05-CR-139-A |
| | ) | |
| CORY JERMICHAEL REED | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on July 6, 2005, before the undersigned Magistrate Judge. Present at this conference was Barry Teague, Esq., counsel for the defendant, and Assistant United States Attorney Clark Morris, counsel for the government. As a result of the conference, it is

ORDERED as follows:

1. **Jury selection** is set for **December 5, 2005.** The trial of this case is set for the **trial term commencing on December 5, 2005**, before Senior United States District Judge W. Harold Albritton and is expected to last two trial days.

2. A *Motion to Suppress* filed by the defendant on June 30, 2005 (Doc. 18), is currently pending. The motion is set for an evidentiary hearing at **10:00 a.m.** on **September 16, 2005.** The United States of America shall file a response to defendant's motion to suppress on or before **September 12, 2005.**

3. Proposed **voir dire questions** shall be filed on or before **November 28, 2005.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All **motions in limine** shall be filed on or before **November 28, 2005.** Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. **Proposed jury instructions** shall be filed on or before **November 28, 2005**.

6. The last day on which the court will entertain a **plea pursuant to Rule 11(c) (1)(A) or (C)** plea is **November 28, 2005**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on December 5, 2005. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on December 5, 2005, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 19th day of July, 2005.

                            **/s/ Delores R. Boyd**
                            DELORES R. BOYD
                            UNITED STATES MAGISTRATE JUDGE