IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:05-CR-139-A |
| | ) | |
| CORY JERMICHAEL REED | ) | |
| | ) | |

**ORDER ON MOTION**

Pursuant to the defendant's *Motion to Suppress* (Doc. 18, filed June 30, 2005), it is

**ORDERED** that this motion is set for an evidentiary hearing at **10:00 a.m.** on **September 16, 2005**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104. The United States of America shall file a response to the motion on or before **September 12, 2005.**

Done this 19th day of July, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE