IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 10 P 12: 17
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | Case No. 2:05-cr-139-A |
| CORY REED | * | |

## MOTION TO AMEND CONDITIONS OF PRETRIAL SUPERVISION

COMES NOW the defendant, CORY REED, and moves this Honorable Court to amend the conditions of his pretrial supervision, and as grounds therefor shows as follows:

1. That the defendant has abided by all conditions of his pretrial supervision and passed all drug screens since his release upon bail.

2. Defendant has obtained suitable employment and is doing well; however, at times he must work overtime.

3. Defendant feels that his performance thus far on bail has demonstrated that the Court can trust him without the necessity of his wearing a leg monitor.

WHEREFORE, PREMISES CONSIDERED, defendant prays this Honorable Court to enter an order permitting him to continue under pretrial supervision without being required to wear a leg monitor.

_____
BARRY E. TEAGUE, [TEA003]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

Barry Teague, Esq.
138 Adams Avenue
Post Office Box 586
Montgomery, AL  36101
(334) 834-4500; FAX 834-4501
email:  *beteague36@aol.com*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, this 4th day of August, 2005.

**Hon. Todd A. Brown
Assistant U.S. Attorney
Post Office Box 197
Montgomery, AL  36101**

_____
BARRY E. TEAGUE