IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:05-CR-139-A |
| | ) | |
| CORY JERMICHAEL REED | ) | |
| | ) | |

**ORDER**

Upon consideration of the *Motion to Revoke Pretrial Release* filed by the United States of America (Doc. 29, August 9, 2005), and *Defendant's Motion to Amend Conditions of Pretrial Supervision* (Doc. 30, August 10, 2005), it is

**ORDERED** that the assigned pretrial services officer, Tamara Martin, conduct any supplemental investigation deemed appropriate to provide a recommendation to the court by August 17, 2005.

DONE THIS 11th day of August, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE