IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
    )
vs.    )    2:05-CR-139-A
    )
CORY JERMICHAEL REED    )
    )

## ORDER

After due consideration of the *Motion to Revoke Pretrial Release* filed by the United States of America (Doc. 29, August 9, 2005) and *Defendant's Motion to Amend Conditions of Pretrial Supervision* (Doc. 30, August 10, 2005), and pursuant to the recommendation of the assigned pretrial services officer, it is, for good cause, **ORDERED** that:

1. the *Motion to Revoke Pretrial Release* filed by the United States of America (Doc. 29, August 9, 2005) is GRANTED;

2. *Defendant's Motion to Amend Conditions of Pretrial Supervision* (Doc. 30, August 10, 2005) is DENIED;

3. the Defendant, Cory Jermichael Reed, is INSTRUCTED to report to the United States Marshal not later than noon on Friday, August 19, 2005, to resume his custodial supervision pursuant to the Order of Detention filed June 2, 2005;

4. Having received notice that defense counsel of record may be out of the country, the court instructs (a) the Clerk to send a copy of this Order not only

to counsel of record but also to the Defendant directly, (b) the pretrial services officer to provide immediate notice to the Defendant – by telephone or in person – of this Order and his duty to report as directed.

DONE THIS 16th  day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE