IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:05-CR-139-A |
| | ) | |
| CORY JERMICHAEL REED | ) | |
| | ) | |

**ORDER**

Defendant's *Motion to Reinstate Defendant Upon Pretrial Supervision* (Doc. 33, filed August 22, 2005) asserts, in substance, the same reasons presented in his *Motion to Amend Conditions of Pretrial Supervision* (Doc. 30, August 10, 2005). Having considered and reconsidered this matter, it is

**ORDERED** that the *Motion to Reinstate Defendant Upon Pretrial Supervision is DENIED* for the same reasons stated in the August 16, 2005 ORDER which revoked his pretrial supervision.

DONE THIS 24th day of August, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE