IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05cr139-A |
| ) | |
| CORY JERMICHAEL REED ) | |

### **ORDER**

Upon consideration of the Motion to District Court Requesting Review and Amendment of Order (Doc. #35), filed on August 31, 2005, it is

ORDERED that the United States shall show cause, if any there be, **on or before September 9**, **2005** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 1st day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE