IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | Case No. 2:05-CR-139-A |
| | * | |
| CORY J. REED | * | |

### DEFENDANT'S NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR PLACEMENT UPON CONSENT DOCKET

COMES NOW the defendant, CORY J. REED, by and through his undersigned counsel, and advises this Honorable Court of his intent to change his plea in accordance with a plea agreement with the United States Attorney. Defendant hereby requests a reference for placement of his case before a U.S. Magistrate Judge for entry of said plea of guilty.

_____
BARRY E. TEAGUE, [TEA003]
ATTORNEY FOR DEFENDANT

ADDRESS OF COUNSEL:

138 Adams Avenue
Post Office Box 586
Montgomery, AL 36101
(334) 834-4500; FAX 834-4501

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon the United States Attorney and any other counsel of record by placing same in the U.S. Mail, postage prepaid and addressed as shown below, this 23rd day of November, 2005.

**Hon. Todd Brown**
**Assistant U.S. Attorney**
**Post Office Box 197**
**Montgomery, AL 36101**

_____
BARRY E. TEAGUE