IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:05-CR-139-A |
| | ) | |
| CORY JERMICHAEL REED | ) | |

## ORDER SETTING CHANGE OF PLEA

Pursuant to Defendant's *Notice of Intent to Change Plea* filed on November 23, 2005 (Doc. 44 ), it is hereby

**ORDERED** that this case be set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **Monday, November 28, 2005, at 1:00 p.m.**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. **The Clerk is directed to provide a court reporter for this proceeding.** If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 23rd day of November, 2005.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE