**COURTROOM DEPUTY'S MINUTES**      **DATE:** 11/28/2005
**MIDDLE DISTRICT OF ALABAMA**      **DIGITAL RECORDING:** 2:08 - 2:28 pm
                                  **COURT REPORTER:** Risa Entrekin

❏ **ARRAIGNMENT**      ☑ **CHANGE OF PLEA**      ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**      ❏ **SENTENCING**

**PRESIDING MAG. JUDGE:** DRB      **DEPUTY CLERK:** sql
**CASE NUMBER:** 2:05cr139-A      **DEFENDANT NAME:** Cory Jermichael REED
**AUSA:** Brown      **DEFENDANT ATTORNEY:** Barry Teague
                                **Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD**
                                **( ) appointed at arraignment; ( ) standing in for:** _____
**PTSO/USPO:**
**Interpreter present? (✓)NO; ( )YES    Name:**

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
❏ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    ❏ **Not Guilty**
          ☑ **Guilty as to:**
               ☑ **Count(s):** 1, 2
               ❏ **Count(s):**        ❏ **dismissed on oral motion of USA**
                                          ❏ **to be dismissed at sentencing**

☑ Written plea agreement filed    ❏ **ORDERED SEALED**
☑ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts** 1, 2.
❏ **CRIMINAL TERM:**        ❏ **WAIVER OF SPEEDY TRIAL filed.**
               **DISCOVERY DISCLOSURE DATE:**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
               ❏ Trial on _____; ❏ Sentencing on _____
☑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
               ❏ Trial on _____; or ☑ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
                    ❏ Defendant requests time to secure new counsel