IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:05-CR-139-WHA |
| ) | |
| CORY JERMICHAEL REED ) | |

### ORDER

Upon consideration of the government's *Petition for Order Directing the United States Marshal to Release Custody of Prisoner* (Doc. 50), construed as a *motion for release of prisoner* filed January 10, 2006, and for good cause, it is **ORDERED** that the *motion* is **GRANTED.**

It is hereby ORDERED that the United States Marshals Service release custody of CORY JERMICHAEL REED to Special Agents Tommy Conway, and/or Scott Edwards, Montgomery Police Department, and/or Neill Thompson, DEA/HIDTA, on January 11, 2006, through May 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Special Agents Tommy Conway, Scott Edwards and/or Neill Thompson return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 11th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE