## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 15, 2006 | AT: | 9:00 a.m. |
| DATE COMPLETED: | February 15, 2006 | AT: | 9:07 a.m. |

UNITED STATES OF AMERICA                          )
                                                  )
vs.                                               )    CR. No. 2:05cr139-WHA
                                                  )
CORY JERMICHAEL REED                              )

APPEARANCES:

GOVERNMENT                                        DEFENDANT

Todd Brown                                        Barry Teague

COURT OFFICIALS PRESENT

Jimmy Dickens, Court Reporter                     Terrence Marshall, USPO
Elna Behrman, Courtroom Deputy                    Chris Puckett, Law Clerk

COURTROOM PROCEEDINGS

(X)    **SENTENCING HEARING**

Hearing commences.
Parties have reviewed the presentence report and have no objections.
Court adopts the factual findings contained in the presentence report.
Court orally GRANTS the Government's Motion for Reduction in Criminal Offense Level (Doc. #52).
Sentence is stated.
No objections.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Defendant is re-committed to the custody of the U. S. Marshal.