AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: CORY JERMICHAEL REED
CASE NUMBER: 2:05cr139-WHA

RECEIVED

## IMPRISONMENT

2006 JUL -5 P 12: 25

UNITED
MARSHALS SERVICE
MIDDLE ALABAMA

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**97 months.** This term consists of 37 months on Count 1 and 60 months on Count 2, to be served consecutively.

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

JUL - 7 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on 6/26/06 to FCI JESC
at Talladega, AL , with a certified copy of this judgment.

Delivered on 6/12/06
to USP ATL

DB Drew, Warden
UNITED STATES MARSHAL

By _____ LIL
DEPUTY UNITED STATES MARSHAL